IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANCES C. BURKE, an adult individual, | C. A. No. 10-cv-00263 |
| Plaintiff, | |
| v. | Chief Judge Gary L. Lancaster |
| FEDERATED INVESTORS INC. | |
| Defendant. | |

## PROTECTIVE ORDER

Pursuant to the agreement of counsel for the parties, the Court hereby enters a Protective Order consistent with the terms of the signed Confidentiality Stipulation filed with the Court on September 13, 2010. Specifically, the Court hereby orders that any disclosure of attorney-client privilege or work-product information does not constitute a waiver and none of the produced information will be used as evidence to support a claim of waiver in this action or in any other federal court, state court, or arbitration proceeding even if such proceeding does not involve parties or counsel in this action.

Dated: 9-13-2010

_____
United States District Judge