# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MS. FRANCES C. BURKE, an adult individual    CIVIL DIVISION

    Plaintiff,

NO: 2:10-cv-000263-GLL

    v.

FEDERATED INVESTORS INC.

    Defendant

## STIPULATION FOR DISMISSAL AND DISCONTINUANCE

AND NOW, to wit, this 16th day of September, 2010, it is hereby Stipulated and Agreed by and between counsel for the parties that Plaintiff's claims in the above-captioned matter are dismissed with prejudice and the matter discontinued with prejudice as to all remaining Defendants.

ADAMCZYK LAW OFFICES, LLP

By: /s/ Jaime S. Tuite  
Jaime S. Tuite  
Attorney for Federated Investors Inc.

By: / s/ John A. Adamczyk  
John A. Adamczyk  
304 Ross Street, Suite 300  
Pittsburgh, PA 15219  
(412) 261-5045  
Attorney for Plaintiff

SO ORDERED, this 20th day of September, 2010.

_____, C.J.  
Hon. Gary L. Lancaster,  
Chief U.S. District Judge